**DENY and Opinion Filed August 13, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-24-00922-CV

### IN RE INTEGRITY MARKETING GROUP, LLC, Relator

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-01036-E**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Smith

In this original proceeding, relator seeks mandamus relief from the trial court's order denying its motion to compel discovery. Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.—Dallas 2008, orig. proceeding) (requiring strict compliance with Rule 52.3(j)).

Accordingly, we deny the petition for writ of mandamus.

Having denied the petition, we also deny as moot relator's emergency motion to stay the lower court proceedings.

/Craig Smith/
CRAIG SMITH
JUSTICE

240922F.P05